Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

MAR 3 0 2023

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

Joan Cicchiello
Plaintiff.

*Your full name*

v.

Bureau of Prisons et al

Defendants

*Enter above the full name of defendant(s) in this action*

**FEDERAL CIVIL RIGHTS
COMPLAINT
(*BIVENS* ACTION)**

3:23CV88

Civil Action No.: 5:23 CV 100

*(To be assigned by the Clerk of Court)*

Groh
Trumble
Sims

## I.    JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of
Federal Bureau of Narcotics, 403 U.S. 388 (1971)**.  The Court has jurisdiction over
this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II.    PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing
address in the space provided.*

A.    Name of Plaintiff: Joan Cicchiello    Inmate No.: 72896-067
Address: SFF Hazleton
P O Box 3000
Beucoton Mills, WV 26525

*In Item B below, place the full name of each defendant, his or her official position, place of
employment, and address in the space provided.*

**Attachment A**

B.     Name of Defendant: WARDEN Lovett
      Position: WARDEN OVER All Facilities At Hazleton
      Place of Employment: FEDERAL Prison Hazleton Complex
      Address: PO Box 2000
      Bruceton Mills, WV 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☒ Yes     ☐ No

If your answer is "YES," briefly explain: ON OR ABout 8/24/2022 upon ARRival Inmate was placed in Segregated Housing Unit He, Warden Lovett Came to petitioner's Cell AND introduced himself as my Warden.
                              See Exhibit 1

B.1    Name of Defendant: WARDEN Brown
      Position: WARDEN At Secure Facility, Female Hazleton
      Place of Employment: SFF Hazleton
      Address: PO Box 3000
      Bruceton Mills, WV 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☒ Yes     ☐ No

If your answer is "YES," briefly explain: During the week of 9/18/2022 the "team" Consisting of Warden Brown AND her Enterage Came to Inspect Cell 221 AND Stated to Place a work order to Fix toilet that LEAKED Raw Sewage Daily in Cell 221

B.2    Name of Defendant: WARDEN, Ray
      Position: WARDen SFF Hazleton
      Place of Employment: SFF Hazleton
      Address: PO Box 3000
      Bruceton Mills WV 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☒ Yes     ☐ No

If your answer is "YES," briefly explain: Petitioner Received Bottom Bunk Bottom tier Pass Due to Age unable to use @ wrist And Injury from fall on Steps, 1/25/2022 - Pass Received 1/26/2022 Petitioner wrote to Warden to Adhere medical orders See Exhibit 3

B.3   Name of Defendant: Deputy Warden, Watkins
Position: Deputy Warden At SFF Hazleton
Place of Employment: SFF Hazleton
Address: PO Box 3000
Bruceton Mills WV. 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☒ Yes       ☐ No

If your answer is "YES," briefly explain: On the 30th of January 2022 I Spoke with Deputy Wardons, Watkins with regards to my medical order Bottom Bunk Bottom tier She Stated She would Resolve Look into the Situation.
See Exhibit 3

B.4   Name of Defendant: Mr Ce Deubat
Position: Unit Manager At K, Block
Place of Employment: SFF Hazleton
Address: PO Box 3000
Bruceton mills WV,.

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☒ Yes       ☐ No

If your answer is "YES," briefly explain: Mr Ce Deubat WAS Aware of medical orders on 1/26/2022 And Did Not Move Petitioner until 2/10/2023 See Exhibit 3    I met him At main Line

B4i

Name of           :   Mr B Slinka
Defendant :

Position : Counselor K₂ - was
Petitioner's Counselor in Shu
AND K₁

Place of Employment : SFF Hazleton
PO Box
Bruceton Mills Wr. 26525

Defendant was Acting under the
Authority of Color of Federal Stat
Law at the time these Claims
Occurred

☑ Yes

9-A

HAS DENIED Petitioner Access to the Courts.

SFF HAZLETON HAS AN ADMINISTRATIVE Remedy Process this Process Started with Counselor Slinka Counselor K Block. As well As in the Segregated Housing Unit (SHU). From Petitioner's ARRIVal At SFF HAzleton up through December 31. 2023. Ms Slinka Refused to Give Petitioner BP8 ahilo She was in the SHU upon her ARRIVal - No Infractions

to Begin the ADministrative Remedy Process You NEED to SEE the Counselor - Ms Slinka - for A BP8.

All Forms were/ARE Kept in Ms Slinka's office.

To OBtain A BP Form An Inmate must wait for open House.

Open House Consisted of one (1) hour a week twice weekly

If You ARE Fortunate to See Ms Slinka AND Ask for a BP8. She Demand to Know why when You want to Start the Process.

BASED upon Your Reply She Determines whether or Not You Should Receive one

Open House Consisted of Mondays / thursday Usually one hour for those DAYS - times were Scheduled but VARIED one Morning She would have open House Immediately After being Locked in all Night. THAT was Main Line for breakfast So you would choose to eat or See her. Eat And Return As fast as You Can hoping She did Not Close her open House If No one was In Line After 30 minutes - open House Closed If the unit wasn't Clean to her Specifications or Someone Said Something to her. She would Cancel open House - telling us to Clean or Learn Manners. Her open House Days Correlated with orientation or TRAining - EVen those other Days She was here - No open House For that week. I ASSUME She works A 40 hour week 2 hours per week to handle Problems/Concerns of inmates IS Sad. You/She is the Counselor for the Block. 9A

Forms: BP 8
BP 9
BP 10
BP 11

> these Forms were All in Slinka's Office.

No one other than the Counselor is to Give you those Forms.

Ms Slinka has at times Refused to "hand out" these Forms to Certain Individuals So they are not Allowed to even Start this Process.

In Petitioner's Case. Ms Slinka told me that she would not let me Proceed to the Next tier in the Process. She Stated that ADministration was Aware And to "Get over it"

By not allowing Petitioner to have the appropriate Paperwork. Petitioner TRIED to HAVE this Honorable Court Hear my Case. Petitioner Filed A 2241 on October 25, 2022 in this Honorable Courthouse Case # 5:22 CV 255. Report And Recommendation Attached By the time Petitioner received this Report And Recommendation the time frame had Lapsed. Petitioner Refers to the Shly And Raw Sewage Filed in the Complaint Petitioner will obtain affidavits from Inmates If this Court So wishes to verify her Statements Ms Slinka's Procedure And Accessability must Change, She is Denying All She Refuses the Administrative Process. therefore Denying Access to the Courts.

Civil Rights Are Being Denied Here At SFF-Hazleton Secure Female Facility Hazleton

9 A ii

Attachment A

B.5   Name of Defendant: _Mr Ce Bennett K Block_
Position: _Current Counselor K Block_
Place of Employment: _SFF Hazleton_
Address: _Po Box 3,000_
_Bruceton Mills WV._

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?   ☑ Yes      ☐ No

If your answer is "YES," briefly explain: _As Counselor he allowed_
_Inmates to Become Cell. You Sign a Contract_
_Petitioner Sent 2 Copouts to Mr Bennett to Cell_
_With Lacosta Steele - 1/4/2023. He Refused to_
_Place us Bottom tier - then Petitioner Fell_
_Down the Steps_

III.   PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: _Secure Female Facility At Hazleton_

A.   Is this where the events concerning your complaint took place?
☑ Yes      ☐ No

If you answered "NO," where did the events occur?

_____

B.   Is there a prisoner grievance procedure in the institution
where the events occurred?   ☑ Yes      ☐ No

C.   Did you file a grievance concerning the facts relating to this complaint in the
prisoner grievance procedure?
☑ Yes      ☐ No

D.   If your answer is "NO," explain why  not: _____

_____

_____

_____

E.   If your answer is "YES," identify the administrative grievance procedure
number(s) in which the claims raised in this complaint were addressed

**Attachment A**

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 _____ *See Exhibits* _____

LEVEL 2 _____

LEVEL 3 _____

## IV. PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?  ☐ Yes  ☑ No

B. If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1. Parties to this previous lawsuit:

   Plaintiff(s):_____

   Defendant(s):_____

2. Court: _____
   *(If federal court, name the district; if state court, name the county)*

3. Case Number:_____

4. Basic Claim Made/Issues Raised: _____
   _____
   _____
   _____

5. Name of Judge(s) to whom case was assigned:
   _____

6. Disposition: _____
   *(For example, was the case dismissed?  Appealed?  Pending?)*

7. Approximate date of filing  lawsuit:_____

8.      Approximate date of disposition. Attach Copies:_____

C.      Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
        ☐ Yes     ☐ No

D.      If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

_____
_____
_____
_____

E.      Did you exhaust available administrative remedies?
        ☐ Yes     ☑ No

F.      If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.

*Mrs Sunka Refused to Allow Petitioner to proceed. She stated that Administration was aware and "get over it"*

_____

G.      If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.      Parties to previous lawsuit:

**Attachment A**

Plaintiff(s): _____

Defendant(s): _____

2.    Name and location of court and case number:

_____

_____

_____

3.    Grounds for dismissal:    ☐ frivolous    ☐ malicious
☐ failure to state a claim upon which relief may be granted

4.    Approximate date of filing lawsuit: _____

5.    Approximate date of disposition: _____

## V.    STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)***

CLAIM 1: ILLEGALLY Detained In Solitary Confinement upon Arrival at Secure female Facilty Hazleton (SFF HAZleton. Constitutional Rights as a Prisoner

Supporting Facts: See Exhibit 1

**Attachment A**

CLAIM 2: Cruel And Inhumane treatment Raw Sewage leaking in Cell up through 12/31/2022.

Supporting Facts: See Exhibit 2.

CLAIM 3: Denied Access to Courts Petitioner WAS Denied to Complete. Administrative Remedy by Ms Slinka She Held BP's Hostage And She And am She Determined If it went to Central Office

Supporting Facts: Her Comments were Refer to ADm Remedy 11 36701-F1 See Page 9A 9Ai    She Never Gave 9Aii    11 36701 Fi Back to me.

CLAIM 4: Deliberate Indifference to Enforce Medical Orders.

Supporting Facts: See Exhibit 3

Attachment A

CLAIM 5: _____

_____

_____

_____

_____

Supporting Facts: _____

_____

_____

_____

_____

VI.    INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

SHU – Emotionally Mentally – Destroyed – No. Communication C Fam. or Friends NoCommissary et c RawSewage Physically – Nausea Dizzy Cramps Dysentary Light headed Weight low. 102 on arrival to the unit. 105 lbs At Oklahoma – Access to Courts – Emotionally Mentally unable to excercise my Constitutional Rights

VII.    RELIEF Medical orders – Fell – Physically Hurt. Fear for My Life Due to Aggressive Cellmate – Exhibit 2.

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

Pain + Suffering Emotionally Mentally As well as Physically loss of Enjoyment + Fear. Requesting 3.5 million Dollars

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _SF Hazleto_ on _3/27/2023_ .
(Location)                          (Date)

Your Signature

Attachment E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Joan Cicchiella

_____

*Your full name*

v. BOP
Warden Lovett et al

_____

_____

_____

*Enter above the full name of defendant(s) in this action*

Civil Action No.: 5:23 CV100

## Certificate of Service

I, Joan Cicchiella _____ (your name here), appearing *pro se*, hereby certify that I have served the foregoing ____Bivens Action____ (title of document being sent) upon the defendant(s) by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the defendant(s) on _3/28/2023_ (insert date here):

(List name and address of counsel for defendant(s))

US Attorney Chris Prazioso
Po Box 591
Wheeling WV 26003

_____
(sign your name)