Attachment A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

MAY 2 2 2023

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

Joan Cechiello
Petitioner

_Your full name_

**FEDERAL CIVIL RIGHTS**
**COMPLAINT**
(***BIVENS* ACTION**)

v.

Ms Slenka

Civil Action No.: 3:23cv88

_(To be assigned by the Clerk of Court)_

_Enter above the full name of defendant(s) in this action_

## I.   JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II.   PARTIES

_In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided._

A.   Name of Plaintiff: Joan Cechiello  Inmate No.: 72896067
Address: Po Box 3000
Bruceton Mills WV
26525

_In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided._

**Attachment A**

B.    Name of Defendant: _Mrs Slinka_
      Position: _Counselor_
      Place of Employment: _Secure Female facility Hazleton_
      Address: _POBox 3000_
      _Bruceton Mills WV 26525_

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?    ☑ Yes        ☐ No

If your answer is "YES," briefly explain: _Mrs Slinka was responsible_
_to Allow Paperwork for Administrative Remedy Process Roomate_
_moves from Cell to Cells, Institutional Adjustments_
_personal Difficulties Leading Role with Day to Day_
_Activities, Cell Inspections, Conditions of Cells, Maintenance_
_Issues, Repairs And Work Orders for Repairs_

B.1   Name of Defendant: _____
      Position: _____
      Place of Employment: _____
      Address: _____
      _____

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?    ☐ Yes        ☐ No

If your answer is "YES," briefly explain: _____

_____
_____
_____
_____

B.2   Name of Defendant: _____
      Position: _____
      Place of Employment: _____
      Address: _____

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?    ☐ Yes        ☐ No

**Attachment A**

If your answer is "YES," briefly explain: _____

_____

_____

_____

_____


B.3    Name of Defendant: _____
       Position: _____
       Place of Employment: _____
       Address: _____

       _____

       Was this Defendant acting under the authority or color of federal state
       law at the time these claims occurred?    □ Yes        □ No

       If your answer is "YES," briefly explain: _____

       _____

       _____

       _____

       _____


B.4    Name of Defendant: _____
       Position: _____
       Place of Employment: _____
       Address: _____

       _____

       Was this Defendant acting under the authority or color of federal state
       law at the time these claims occurred?    □ Yes        □ No

       If your answer is "YES," briefly explain: _____

       _____

       _____

       _____

       _____

Attachment A

B.5    Name of Defendant: _____
       Position: _____
       Place of Employment: _____
       Address: _____
       _____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    □ Yes        □ No

If your answer is "YES," briefly explain: _____
_____
_____
_____
_____

III.    PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: _Secure Female Facility Hazleton_

A.    Is this where the events concerning your complaint took place?
     ☒ Yes        □ No

If you answered "NO," where did the events occur?
_____

B.    Is there a prisoner grievance procedure in the institution where the events occurred?        ☒ Yes        □ No

C.    Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?
     ☒ Yes        □ No

D.    If your answer is "NO," explain why not: _____
_____
_____
_____

E.    If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed

Attachment A

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 _Attached to original form_

LEVEL 2 _Case 3:23 cv 88_

LEVEL 3 _p/s Slinka Denied Precess Post BP9 Held Administrative Remedy Hastage_

IV.    PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

    A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?        ☐ Yes        ☒ No

    B.    If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

        1.    Parties to this previous lawsuit:

            Plaintiff(s):_____

            Defendant(s):_____

        2.    Court: _____
            *(If federal court, name the district; if state court, name the county)*

        3.    Case Number:_____

        4.    Basic Claim Made/Issues Raised: _____
_____
_____
_____

        5.    Name of Judge(s) to whom case was assigned:
_____

        6.    Disposition: _____
            *(For example, was the case dismissed?  Appealed?  Pending?)*

        7.    Approximate date of filing  lawsuit:_____

8.     Approximate date of disposition. Attach Copies:_____

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
         ☐ Yes       ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

_____
_____
_____
_____

E.    Did you exhaust available administrative remedies?
         ☐ Yes       ☐ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.

_____
_____
_____
_____
_____

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.     Parties to previous lawsuit:

Attachment A

Plaintiff(s): _____

Defendant(s): _____

2.    Name and location of court and case number:

_____
_____
_____

3.    Grounds for dismissal:    ☐ frivolous    ☐ malicious
☐ failure to state a claim upon which relief may be granted

4.    Approximate date of filing lawsuit: _____

5.    Approximate date of disposition: _____

## V.    STATEMENT OF CLAIM

State here, as **BRIEFLY** as possible, the _facts_ of your case.  Describe what _each_ defendant did to violate your constitutional rights.  **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES.  NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)**

CLAIM 1: Cruel And unusual Punishment Health Deteriorated - Now almost Blind left eye - left in Cell with Raw Sewage for months

Lost weight - Lost enjoyment of activities - Nousea Vomiting Diarrhea headache - tried to Sit outside Cell

Supporting Facts: Original Complaint has E-mails

**Attachment A**

Copies of BP8 + BP9's
Ms Slinka Refuse for my Administrative Remedy
to Proceed
Tried Never to enter Cell Due to Adverse health
Conditions

CLAIM 2: Denied Access to the Courts

unable to Complete Administrative Remedy
Process

Supporting Facts: Denied my obtaining BP 10's + 11's
She held them hostage. As far as She was
Concerned A work order was placed by her

CLAIM 3: Amendments to the Constitution
I Could not Carry a chair Down the Steps I Sat on floor
when told to Carry chair Down I Slip Down Staires
Petitioner is 72 years old with Numerous
Medical conditions — loosing eyesyht Cardiology
Diabetes — Poor Circulaton etc
Supporting Facts: Petitioner Should have been moved
when the toilet was not fixed

Petitioner Should have been moved to bottom bunk
Bottom tier. Instead She Slid Down the Steps

CLAIM 4: Neglect — Due Diligence. of Position

I Am 72 years old. She Placed me with an
aggressive Roomate — "Red" had Numerous Roomates
Prior to my moving with Her — Very Angry / Aggressive
Supporting Facts: My Counselor is to move as inmate

---

**Attachment A**

on the Block - Bottom tier has Young Female who had no bottom bunk Bottom tier passes yet were "Eye Candy"

CLAIM 5: Deliberate Indifferences to Age/Medical Conditions - Fused @ wrist Cardiac Issue Diabetes ordered by Co to use Chair, Slip down Steps - Initially she placed me on top Bunk I fell off trying to climb Angle caught me I told her I was Sleeping on the Floor.

Supporting Facts: Each Cell Comes with 2 Chairs to use in the Day Room - Petitioner unable to Carry Down a chair each / every time she came to the Common Area, Petitioner Sat on Floor - then officers made her bring/use A Chair. Slip down Steps Torqued @ Shoulder then Had Bottom Bunk

VI. **INJURY** Bottom tier Demanded by medical

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

My health has Deteriorated, Vision is almost blind. Unable to gain weight w/ Vomiting Headaches Loss of enjoyment Fell Down the Steps & not moved per medical Request I Am 72 Years old I had to go up & down for meals education Chapel, med was - While Young Females Bottom tier, bottom Bunk without medical orders

VII. **RELIEF**

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments, Cite no cases or statutes.*

Immediate Release, Punitive Damages in Sum of $35 million

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.


Executed at _SFF Hazleton_           on _5/17/2023_           .

     (Location)                (Date)


_____
Your Signature


See Witness Statements.
Affidavits with Regards to Slinka
And Denying forms