WVND (January 2014)
Notice of Attorney Appearance and Counsel Contact Form

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

JOAN CICCHIELLO,
*Plaintiff*

V.

MS. SLINKA,
*Defendant*

Case No. 3:23-CV-00088

## NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT FORM

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ms. Slinka, Defendant.

Date: 10/30/2023

/s/ Jordan V. Palmer
*Attorney's signature*

Jordan V. Palmer (# 12899)
*Printed name and bar number*

United States Attorney's Office - Whg.
1125 Chapline Street, Suite 3000
Wheeling, West Virginia 26003

*Address*

Jordan.Palmer@usdoj.gov
*E-mail address*

(304) -234-0100
*Telephone number*

(304) -234-0110
*FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2023, a copy of the Notice of Appearance was electronically filed with the Clerk of the Court by using the CM/ECF system, which will provide a copy to all counsel of record. The foregoing document has been furnished for delivery via first-class mail to the following non-CM/ECF participant:

Joan Cicchiello
35 West Avenue
Mt. Carmel, PA 17851

                                        WILLIAM IHLENFELD
                                      UNITED STATES ATTORNEY

By:    */s/ Jordan V. Palmer*
        Jordan V. Palmer (# 12899)
        Assistant United States Attorney
        United States Attorney's Office – Whg.
        1125 Chapline Street, Suite 3000
        Wheeling, West Virginia 26003
        (304) 234-0100 telephone
        Jordan.Palmer@usdoj.gov
        *Counsel for Defendant*