IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

JOAN CICCHIELLO,

    **Plaintiff,**

v.                                         Civil Action No. 3:23-CV-00088
                                                           (GROH)

MS. SLINKA,

    **Defendant.**

## MOTION TO DISMISS

Now comes the Defendant, by and through counsel, and respectfully file this Motion to Dismiss. Defendant respectfully requests this Court to dismiss Plaintiff's Complaint. Defendant's position in support of this Motion is more fully set forth in the accompanying Memorandum and attachments thereto.

                                                            WILLIAM IHLENFELD
                                                            UNITED STATES ATTORNEY

By:    */s/ Jordan V. Palmer*
            Assistant United States Attorney
            W. Va. Bar # 12899
            United States Attorney's Office
            P.O. Box 591
            1125 Chapline Street, Suite 3000
            Wheeling, WV 26003
            (304) 234-0100 office
            (304) 234-0110 facsimile
            Jordan.Palmer@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**JOAN CICCHIELLO,**

    **Plaintiff,**

v.                                       Civil Action No. 3:23-CV-00088 (GROH)

**MS. SLINKA,**

    **Defendant.**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the ***MOTION TO DISMISS*** was electronically filed with the Clerk of the Court by using the CM/ECF system on 30TH day of October, 2023, which will provide a copy to all counsel of record. The foregoing document has been furnished for delivery via first-class mail to the following non-CM/ECF participant:

Joan Cicchiello
35 West Avenue
Mt. Carmel, PA 17851
USA

                                     WILLIAM IHLENFELD
                                     UNITED STATES ATTORNEY.
          By:     */s/ Jordan V. Palmer*
                       Assistant United States Attorney
                       W. Va. Bar # 12899
                       United States Attorney's Office
                       P.O. Box 591
                       1125 Chapline Street, Suite 3000
                       Wheeling, WV  26003
                       (304) 234-0100
                       (304) 234-0110 fax
                       Jordan.Palmer@usdoj.gov

                       *Counsel for Defendant*